Louis Perotti, an Infant, by Anthony Perotti, His Guardian ad Litem, Respondent, v. Board of Education of the City of Buffalo, Appellant.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied. (Order entered September 17, 1935.) Present — Sears, P. J., Taylor, Thompson and Lewis, JJ.

Anthony Perotti, Respondent, v. Board of Education of the City of Buffalo, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. (Order entered September 17, 1935.) Present — Sears, P. J., Taylor, Thompson and Lewis, JJ.

Frank L. Carmody, as Administrator, etc., of James R. Carmody, Deceased, Appellant, v. State of New York, Respondent. (Claim No. 23319.) — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

Maye M. Bull, as Executrix, etc., of William P. Bull, Deceased, Appellant, v. The State of New York, Respondent. (Claim No. 18802.) — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

Fred H. Taylor and Others, Appellants, v. United States Casualty Company, Respondent.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ. [See 245 App. Div. 800.]

Joseph Esposito and Another, Respondents, v. Utica Fire Insurance Company of Oneida County, New York, Appellant, and Another, Defendant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

Joseph Esposito and Another, Respondents, v. Preferred Mutual Fire Insurance Company of Chenango County, Appellant, and Another, Defendant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

Josephine Cannisi, as Administratrix, etc., of Joseph Cannisi, Respondent, v. International Railway Company, Appellant, and Another, Defendant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of Floyd W. Hoag, an Attorney at Law.— Order entered referring issues to Howard D. Bailey, Esq., of Syracuse.